**Dismiss and Opinion Filed October 8, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00548-CR

### SHEREE ESPINOSA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-85977-2012**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal **DISMISSED** and this

decision be certified below for observance. See TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130548F.U05